WHITE v. LLOYD and Another, on Appeal.

Thursday, June 5.

REPLEVIN. Plea, property in one of the defendants. Verdict as follows:—"We the jury find for the defendants, and that they have a return of their property in their plea mentioned." Judgment in favour of the defendants for a return of the property, and for costs. The plaintiff appeals.

*Held,* that, in replevin, if the defendant claim property and obtain a verdict, as in the present case, he is entitled to a return of the goods, but not to damages; that the defendant in replevin was in no case entitled to damages by the common law; and that the statutes of 7 *Hen.* 8. and 21 *Hen.* 8. giving the defendant in replevin damages in certain cases, do not apply to a case where the defendant pleads property in the goods. *Hopewell* v. *Price,* 2 Harr. & Gill, 275.

*Held,* also, that though a defendant in replevin claiming property, is not entitled to costs by the common law, nor by the *English* statutes on the subject; yet, by the statute law of this state, he is entitled to costs when he obtains a verdict in such a case in replevin, as in all other cases. *Hiday et al.* v. *Gilmore,* in this Court, *May* term, 1832 (1).

The judgment was affirmed with costs.

(1) Ante, p. 48.